# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE J. MCDONALD, <br><br> Petitioner, <br><br> vs. <br><br> STATE OF NEBRASKA, <br><br> Respondent. | 8:19CV312 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Respondent's Motion to Substitute Respondent. ([Filing No. 11](#).) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent ([Filing No. 11](#)) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the proper respondent in this action.

Dated this 6th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge